1  **PETER E. BRIXIE, S.B.#124186**
   **Attorney at Law**
2  **410 Twelfth Street, Suite One**
   **Sacramento, CA 95814**
3  **Telephone: (916) 658-1880**
   **Facsimile: (916) 658-1884**
4
   **Attorney for JAMES ROBERT HARRIS**
5

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES ROBERT HARRIS**, | **CASE NO.:   2:07-CV-0775-CMK** |
| Plaintiff, | **Stipulation and Order Extending Time to File and Serve Motion** |
| vs. | |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of November 12, 2007. The extension is needed due to press of business in plaintiff's attorney's office.

1   This is the 1st request for extension by plaintiff.

2

3   Dated: 10/12/07                               /s/Peter Brixie
                                                  PETER BRIXIE
                                                  Attorney at Law

4
                                                  Attorney for Plaintiff
5

6   Dated: 10/12/07
                                    By:    /s/Leo Montenegro
7                                          LEO MONTENEGRO
                                           Special Assistant U. S. Attorney
8
                                           Attorney for Defendant
9

10                              __ooo__

11

12  Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

13  extended to the new filing date of November 12, 2007.

14
    APPROVED AND SO ORDERED
15

16
    DATED:  October 15, 2007
17
                                                  /s/ Craig M. Kellison
18                                                **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28